RECEIVED
FEB 7 2023 JAA
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Jeremy Graham )

(Enter above the full name of the Plaintiff[s] in this action).

Case No. 4:23-CV-14-M
(To be assigned by the Clerk of District Court)

vs.

Kinston Police Department,

(Enter above the full name of **ALL** Defendant[s] in this action. Fed.R.Civ.P.10(a) requires that the caption of the complaint include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary).

**COMPLAINT**

Plaintiff resides at: 902 Nelson Street
Kinston N.C. 28501

Defendant(s) name(s) and address(es), if known: Kinston Police Department
205 E. King Street
Kinston, N.C. 28502

1

SCANNED

Jurisdiction in this court is based on: Violation of the Constitutional rights related to the 5th amendment. Violation of the 4th amendment rights.

The acts complained of in this suit concern: Kinston Police Department responded to shots fired. Kinston Police Department Officer came to the plaintiff's house to investigate the incident. Plaintiff cooperated with the officer's investigation (Man broke into the house and wife appeared and Man shot wife's car). Officer ignored Plaintiff complaints/ 911 call related to the situation. Officers later came back and detained plaintiff for ~~the shot~~ unknown reasons. Officers wouldn't allow plaintiff to use the bathroom. Officer placed plaintiff in police vehicle and searched him. Officer questioned / requested that the plaintiff show where the gun is at. Plaintiff request a lawyer by name. Office took plaintiff to police station, booked him, and sent him before magistrate without read him his rights. Case was dismissed close to two years later and property (several guns) seized during the warranted search was conduct was not returned. Plaintiff filed ~~another~~ petition and order to return property (guns and cellphone), which was denied by the Kinston Police Department. ~~Propert~~ Kinston Police Department gave plantiff many excuses and

reasons for not give property back (guns were illegal). Property was returned with damages to the gun and also the cell phone.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:
To go to trial! SEE VIDEOS and TAX RETURNS for TOTAL numbers of LIABILITIES and DEBTS

3

2/7/2023
Date

(signature)
Signature of Plaintiff

902 NELSON STREET
KINSTON, N.C. 28501
(252) 643-2222
Address and Telephone Number of Plaintiff