UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JEREMY GRAHAM, | ) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| | ) **CASE NO. 4:23-CV-14-M-KS** |
| KINSTON POLICE DEPARTMENT, | ) |
| Defendant. | ) |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on September 26, 2023 [DE 9], the court ADOPTS the Memorandum and Recommendation [DE 7]. Plaintiff's complaint is DISMISSED.

This Judgment filed and entered on September 26, 2023, and copies to:
Jeremy Graham (via U.S. Mail)

September 26, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk